990 So.2d 621 (2008)
Keion CHAMBERS, Appellant,
v.
The STATE of Florida, Appellee.
No. 3D06-1858.
District Court of Appeal of Florida, Third District.
September 3, 2008.
Bennett H. Brummer, Public Defender, and Gwendolyn Powell Braswell, Assistant Public Defender, for appellant.
Bill McCollum, Attorney General, and Magaly Rodriguez, Assistant Attorney General, for appellee.
Before GERSTEN, C.J., and COPE and SHEPHERD, JJ.
PER CURIAM.
Affirmed. See Lugo v. State, 845 So.2d 74, 106 (Fla.2003).